| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Besosa, Francisco A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, P.R. | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>CH - 119<br>SAN JUAN, P.R. 00918 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PRESIDENT - TREASURER | FILIAL AMOR CORPORATION (CLOSELY HELD) |
| 2. EXECUTOR | ESTATES #1, #2, #3, AND #4 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 20 A 10: 08 JUDICIAL DISCLOSURE OFFICE

Besosa, Francisco A.

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | PUERTO RICO GENERAL COURT OF JUSTICE - SUPERIOR COURT JUDGE - SALARY |
| 2. 2009 | DOCTO JURIS, INC. - BAR REVIEW COURSE INSTRUCTOR - DIVIDEND INCOME AND PROFESSIONAL FEES |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SCOTIABANK | MORTGAGE LOAN | None |
| 2. UBS INVESTMENT ACCOUNT | MARGIN LOAN | None |
| 3. CARIBE FEDERAL CREDIT UNION | AUTO LOAN | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Oriental Group - Diversified Growth IRA | | None | M | T | | | | | |
| 2. Oriental Group - Diversified Growth IRA | | None | L | T | | | | | |
| 3. Filial Amor Corp - common stock | | None | L | U | | | | | see note in part VIII |
| 4. Share in FAHBU, S. E. | | None | K | U | | | | | |
| 5. Docto Juris, Inc. - common stock | | None | K | T | | | | | |
| 6. ESTATES #1, #2, and #4 (see lines 7-17) | | None | N | | | | | | |
| 7. - GNMA unit 094 | | None | K | T | | | | | |
| 8. - Lehman Bros. Grantor Tr. Mgt. Tr | | None | K | T | | | | | see note in part VIII |
| 9. - GNMA unit 093 | | None | K | T | | | | | |
| 10. - GNMA unit 084 | | None | K | T | | | | | |
| 11. - GNMA unit 081 | | None | K | T | | | | | |
| 12. - GNMA unit 082 | | None | K | T | | | | | |
| 13. - GNMA unit 083 | | None | K | T | | | | | see note in part VIII |
| 14. - GNMA unit 081 | | None | K | T | | | | | |
| 15. - PR Commonwealth Indl. Dev. Co. Rev. Rdfg | | None | L | T | | | | | |
| 16. - PR Hsg Bk & Fin Agy. Sing Fam Mtg | | None | J | T | | | | | see note in part VIII |
| 17. - Money Market Fund | | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

of reporting period

| # | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 22. | - GNMA unit 051 (Y) | None | K | T | Sold | 12/15/09 | K | A | |
| 23. | - GNMA unit 052 | None | K | T | | | | | |
| 24. | - GNMA unit 053 | None | K | T | | | | | |
| 25. | - GNMA unit 054 | None | K | T | | | | | |
| 26. | - GNMA unit 055 | None | K | T | | | | | |
| 27. | - GNMA unit 056 (Y) | None | K | T | Sold | 03/05/09 | K | A | |
| 28. | - GNMA unit 057 (Y) | None | K | T | Sold | 03/05/09 | K | A | |
| 29. | - GNMA unit 058 | None | K | T | | | | | |
| 30. | - GNMA unit 059 | None | K | T | | | | | |
| 31. | - GNMA unit 060 (Y) | None | K | T | | | | | see note in part VIII |
| 32. | - GNMA unit 00 | None | K | T | | | | | |
| 33. | - STOCKS of PR AAA (X) | None | N | U | Buy | 03/05/09 | N | | |
| 34. | - PR Sales Tax FING Corps (Y) | None | N | U | Sold | 03/05/09 | N | | see note in part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Scotia Bank Cash in Bank | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Besosa, Francisco A. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI

1 and 2) The margin loan was paid with the GNMA sales proceeds.

Part VII

3) This is a closely held corporation in which [_____] I are the only shareholders. These shares are not publicly traded

6) Estates #1, #2, and #4 are invested in one account in Santander Securities.

8) Lehman Bros. Grantor Tr. Mgt. was sold during 2007 for $1,430.12. This transaction was erroneously omitted in the 2007 FDR.

13) GNMA unit 083 was erroneously omitted in the 2008 FDR.

16) PR Hsg Bk & Fin Agy. Sing Fam Mtg was sold on December 3, 2007 for $9,180. This transaction was erroneously omitted in the 2007 FDR

31) GNMA unit 060 was sold on November 13, 2008 for the amount of $25,557.25 and accrued interest of $45.81 for a grand total of $25,603.06. This transaction was erroneously omitted in the 2008 FDR.

34) PR Sales Tax Fing Corp was purchased on February 05, 2008 for $325,581.10. This transaction was erroneously omitted in the 2008 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544